No. 58548.—Transocean Commerce, Inc. *v.* United States, protest 225871–K (New York).

Opinion by WILSON, J.  An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

No. 58549.—Berg, Hedstrom & Co., Inc. *v.* United States, protest 227770–K (New York).

Opinion by WILSON, J.  An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE SECOND DIVISION, DECEMBER 2, 1954

No. 58550.—Carey & Skinner, Inc. *v.* United States, protests 164955–K (A), etc. (Buffalo).

Opinion by LAWRENCE, J.  It was stipulated that the merchandise consists of internal-combustion gasoline engines, carburetor type, or parts thereof, in chief value of metal, imported separately or in a knocked-down condition, with saws or together with an assortment of saw parts, and that the merchandise is the same in all material respects as the engines, imported with saws, the subject of *Geo. S. Bush & Co., Inc.* v. *United States* (41 C. C. P. A. 33, C. A. D. 525).  Upon the agreed statement of facts and following the cited authority, the claim of the plaintiff was sustained.

No. 58551.—Carey & Skinner, Inc. *v.* United States, protests 165389–K, etc. (Buffalo).

Opinion by LAWRENCE, J.  It was stipulated that the merchandise consists of internal-combustion gasoline engines, carburetor type, or parts thereof, in chief value of metal, imported separately or in a knocked-down condition, with saws or together with an assortment of saw parts, and that the merchandise is the same in all material respects as the engines, imported with saws, the subject of *Geo. S. Bush & Co., Inc.* v. *United States* (41 C. C. P. A. 33, C. A. D. 525).  Upon the agreed statement of facts and following the cited authority, the claim of the plaintiff was sustained.